■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA EDWARDS, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Sweeny, J.), rendered October 30, 1990, convicting her of manslaughter in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

A review of the record reveals that as part of a negotiated plea, the defendant knowingly, voluntarily, and intelligently waived her right to appeal the judgment of conviction and sentence *(see, People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1; *People v Cicciari,* 175 AD2d 255; *People v Stephens,* 175 AD2d 272; *People v Toussaint,* 170 AD2d 467). Thompson, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.